IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| CINDY CLARK on behalf of<br>JOHN CLARK JR. (deceased),<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>Defendant | Civil No. 3:08-CV-6026-KI<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this _____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE

JUDGMENT [3:08-CV-6026-KI] - Page 1