FILED'08 JUN 30 08:47USDC-ORP

Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CINDY CLARK** on behalf of
**JOHN CLARK JR.** (deceased),

Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner, Social Security
Administration,

Defendant.

Civil No. 3:08-cv-06026-KI

**ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT**

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social

Security Act, it is hereby

ORDERED that:

Plaintiff's counsel is granted 30 days subsequent to notification of past-due benefits

to prepare and submit a request specifying the amount of fees under the Social Security Act.

IT IS SO ORDERED this _30_ day of _June_, 2008.

_____
U.S. District Judge

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

PRESENTED BY:

/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff