Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'08 AUG 20 12:44USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CINDY CLARK** on behalf of
**JOHN CLARK, JR.** (deceased),

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 3:08-cv-06026-KI

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay to Plaintiff, but mail to Plaintiff's attorney a check payable to Plaintiff's attorney, the sum of $1914.29 pursuant to the Equal Access of Justice Act 28 U.S.C. §2412 for full settlement of all claims for fees under EAJA. A Supplemental Judgment entered July 8, 2008 already awarded Plaintiff $367.82 in costs pursuant to 28 U.S.C. §1920.

IT IS SO ORDERED this day of _20 August_, 2008

                                                                    U.S. District Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff