Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED
DEC 18 2008

## UNITED STATES COURT DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CINDY CLARK** on behalf of **JOHN CLARK, JR.** (deceased),<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**MICHAEL J. ASTRUE**,<br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | Civil No. 3:08-cv-06026-KI<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $7617.75 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).  The amount requested

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

herein, less the EAJA fee awarded of $1914.29, is $5703.46, and Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of December  18 , 2008.

_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff